COMMONWEALTH of Pennsylvania, Petitioner

v.

Donald McALLISTER, Respondent.

Supreme Court of Pennsylvania.

April 13, 2004.

### ORDER

PER CURIAM.

AND NOW, this 13th day of April 2004, we GRANT the Petition for Allowance of Appeal and REVERSE the Order of the Superior Court based on the decision of this Court in *Commonwealth v. Baker*, 532 Pa. 121, 615 A.2d 23 (1992).